UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **In Re: Grand Jury Subpoena** | Case No. <br>            3:23-mj-670 RMS <br><br> July 31, 2023 |

**APPLICATION FOR ORDER COMMANDING BLOCK, INC.,
NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF
GRAND JURY SUBPOENA**

The United States requests that the Court order Block, Inc. ("Block") not to notify any person (including the subscribers and customers of the account(s) listed in the grand jury subpoena) of the existence of grand jury subpoena N-23-1-103 (15), for one year, until July 31, 2024.

Block is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the grand jury subpoena, which requires Block to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the grand jury subpoena relates to an ongoing criminal investigation into violations of 21 U.S.C.

§ 841, that investigation is neither public nor known to the target of the investigation, and its disclosure may alert the target to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the grand jury subpoena will seriously jeopardize the investigation or unduly delay a trial, including by giving the target an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Block not to disclose the existence or content of the grand jury subpoena for one year, until July 31, 2024, except that Block may disclose the grand jury subpoena to an attorney for Block for the purpose of receiving legal advice.

Executed on July 31, 2023.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

DANIEL E. CUMMINGS
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv206702
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Fax: (203) 773- 5376
Daniel.Cummings@usdoj.gov